(175 App. Div. 882)

CONNOLLY v. NASSAU FERRY CO.

(Supreme Court, Appellate Division, First Department. October 13, 1916.)

DISMISSAL AND NONSUIT ☜71—ORDER—REVERSAL.

Where the papers on a motion to dismiss a complaint showed laches and neglect upon the plaintiff's part and were met by no affidavits either excusing the laches or furnishing an allegation of merits, the order denying the motion will be reversed and the motion granted.

[Ed. Note.—For other cases, see Dismissal and Nonsuit, Cent. Dig. §§ 165, 166; Dec. Dig. ☜71.]

Appeal from Special Term, New York County.

Action by Mary A. Connolly, as administratrix, etc., against the Nassau Ferry Company. From an order denying a motion to dismiss a complaint, defendant appeals. Order reversed, and motion granted.

Argued before CLARKE, P. J., and McLAUGHLIN, SCOTT, DOWLING, and SMITH, JJ.

Edwin D. Webb, of New York City, for appellant.

Thomas J. Skelly, of New York City, for respondent.

PER CURIAM. The moving papers show undoubted laches and neglect upon the part of the plaintiff, and are met by no affidavit on her part either excusing her delay or furnishing an allegation of merits.

The order appealed from is therefore reversed, with $10 costs and disbursements, and the motion granted, with $10 costs.